IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES BROADHEAD, AIS #224802,** : | |
| Plaintiff, : | |
| vs. : | **CIVIL ACTION 10-0618-CG-C** |
| **RUSSELL JOHNSON, et al.,** : | |
| Defendants. : | |
| : | |

**JUDGMENT**

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE and ORDERED** this 9th day of July, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE